**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOE 1, DOE 2, and DOE, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>*Defendants.* | Case No. 1:25-cv-01124 |

## <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

Plaintiffs respectfully move under Federal Rule of Civil Procedure 56 for an order granting summary judgment in their favor. As set forth in detail in the accompanying Memorandum, the undisputed material facts demonstrate that Defendants Andrea Lucas and Equal Employment Opportunity Commission conducted an *ultra vires* investigation of twenty law firms, in violation of Title VII of the Civil Rights Act of 1964. Without the filing of a Title VII charge, as Title VII requires, Defendants sent letters to the law firms dated March 17, 2025 that sought personal sensitive personal information about their employees and applicants, including their name, sex, race, contact information, academic performance, and compensation. Plaintiffs are among those whose confidential information would be disclosed as a result of the sending of the letters, and whose harm would be redressed by a declaration stating that the ultra vires investigation violates Title VII and an order halting ultra vires investigations of law firms and requiring Defendants to retract the letters and destroy any information they have obtained.

This Motion is based on this document, and: Plaintiffs' Memorandum in Support, Plaintiffs' Statement of Undisputed Material Facts, and a Proposed Order, all of which are submitted here; all documents filed by Plaintiffs in this case to date, including the Declaration of Orlando Economos, ECF No. 25-4, and Declarations of Does 1, 2, and 3, ECF Nos. 25-5, 25-6, 25-7; and any further documents and argument submitted in support of the Motion.


Dated: June 5, 2025                          Respectfully submitted,


                                              /s/  Jennifer Fountain Connolly

                                             Jennifer Fountain Connolly (DC Bar No.
                                             1019148)
                                             Sarah Goetz (DC Bar No. 1645309)
                                             Audrey Wiggins (DC Bar No. 482877)*
                                             Orlando Economos (DC Bar No. 90013791)
                                             Sunu P. Chandy (DC Bar No. 1026045)
                                             Skye Perryman (DC Bar No. 984573)
                                             DEMOCRACY FORWARD FOUNDATION
                                             P.O. Box 34553
                                             Washington, DC 20043
                                             (202) 448-9090
                                             jconnolly@democracyforward.org
                                             sgoetz@democracyforward.org
                                             awiggins@democracyforward.org
                                             oeconomos@democracyforward.org
                                             schandy@democracyforward.org
                                             sperryman@democracyforward.org

                                             *Counsel for Plaintiffs*

* admitted pro hac vice