**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOE 1, DOE 2, and DOE, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>*Defendants*. | Case No. 1:25-cv-01124 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION OF Plaintiffs' Motion for Summary Judgment and based on the documents and arguments submitted in support and in opposition to the Motion, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

It is DECLARED that Defendants Acting Chair Andrea Lucas and the Equal Employment Opportunity Commission acted *ultra vires* in excess of their authority under Title VII of the Civil Rights Act of 1964 by sending investigative letters to twenty law firms on March 17, 2025, without a properly filed EEOC charge and by making their investigations public. Defendants Equal Employment Opportunity Commission and Acting Chair Andrea Lucas are hereby ENJOINED from investigating any law firm through means that do not satisfy the requirements of conducting an investigation under Title VII's EEOC charge process; and from using any information collected pursuant to the investigative letters in any future investigation. It is ORDERED that Defendants

Equal Employment Opportunity Commission and Acting Chair Andrea Lucas withdraw the investigative letters that included requests for information of the law firms dated March 17, 2025; return any information already collected pursuant to the investigative letters to the law firms; delete or destroy such information from any place it may be stored, including reports, databases, and spreadsheets, whether they are stored on digital or physical media; and refrain from using any such information in any future investigation.

IT IS SO ORDERED.

Dated: _____        _____
                                              U.S. District Judge Reggie B. Walton