IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE 1, DOE 2, and DOE, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>*Defendants*. | Case No. 1:25-cv-01124 |

## NOTICE OF ERRATA

Plaintiffs submit this notice and attachment to rectify the title of the Proposed Order submitted with Plaintiffs' Motion for Class Certification, ECF No. 25-8. The original Proposed Order filed with the Motion on June 5, 2025, ECF No. 25, was inadvertently improperly titled as a "Proposed Order Granting Summary Judgment." Plaintiffs offer a corrected copy.

Dated: June 6, 2025              Respectfully submitted,

                                                     */s/ Jennifer Fountain Connolly*

                                                   Jennifer Fountain Connolly (DC Bar No. 1019148)
                                                   Sarah Goetz (DC Bar No. 1645309)

        Audrey Wiggins (DC Bar No. 482877)*
        Orlando Economos (DC Bar No. 90013791)
        Sunu P. Chandy (DC Bar No. 1026045)
        Skye Perryman (DC Bar No. 984573)
        DEMOCRACY FORWARD FOUNDATION
        P.O. Box 34553
        Washington, DC 20043
        (202) 448-9090
        jconnolly@democracyforward.org
        sgoetz@democracyforward.org
        awiggins@democracyforward.org
        oeconomos@democracyforward.org
        schandy@democracyforward.org
        sperryman@democracyforward.org

        *Counsel for Plaintiffs*

\* *admitted pro hac vice*