## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOE 1, DOE 2, and DOE 3, on behalf of themselves and all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ANDREA LUCAS, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission,<br><br><br>*Defendants*. | Case No. 1:25-cv-01124 |

## [PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION

UPON CONSIDERATION OF Plaintiffs' motion for class certification, ECF No. 25, the Court hereby finds that the proposed Class satisfies the standards of Federal Rule of Civil Procedure 23(a) and 23(b)(2). The Court therefore certifies a class of all individuals whose names and other personal information are requested in EEOC's investigative letters, appoints Plaintiffs as class representatives, and appoints Plaintiffs' counsel as class counsel.

IT IS SO ORDERED.

Dated: _____

_____
U.S. District Judge Reggie B. Walton