UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOE 1, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>EQUAL EMPLOYMENT )<br>OPPORTUNITY COMMISSION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 25-1124 (RBW) |

## ORDER

Upon consideration of (1) the defendants' Motion to Stay Consideration of Premature Motion for Summary Judgment and Motion for Class Certification and for Extension of Time to Respond to Amended Complaint, ECF No. 33; (2) the Plaintiffs' Opposition to Defendants' Motion for Indefinite Stay of Plaintiffs' Motion for Summary Judgment and Motion for Class Certification, ECF No. 34; and (3) the defendants' Reply in Support of Motion to Stay Consideration of Premature Motion for Summary Judgment and Motion for Class Certification and for Extension of Time to Respond to Amended Complaint, ECF No. 35, it is hereby

**ORDERED** that the defendants' Motion to Stay Consideration of Premature Motion for Summary Judgment and Motion for Class Certification and for Extension of Time to Respond to Amended Complaint, ECF No. 33, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks (1) an extension of time to respond to the plaintiffs' Amended Complaint; (2) an extension of time to respond to the Plaintiffs' Motion for Summary Judgment, ECF No. 26; and (3) denial without prejudice of the Plaintiffs' Motion for Class Certification, ECF No. 25. The motion is **DENIED** in all other respects. It is further

**ORDERED** that, on or before July 31, 2025, the defendants shall file their combined motion to dismiss and opposition to the plaintiffs' motion for summary judgment. It is further

**ORDERED** that, on or before August 14, 2025, the plaintiffs shall file their combined opposition to the defendants' motion to dismiss and reply in support of their motion for summary judgment. It is further

**ORDERED** that, on or before August 28, 2025, the defendants shall file their reply in support of their motion to dismiss. It is further

**ORDERED** that, on November 25, 2025, at 9:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). This status conference will serve as a target date for the resolution of the parties' motions.[1] It is further

**ORDERED** that the Plaintiffs' Motion for Class Certification, ECF No. 25, is **DENIED WITHOUT PREJUDICE** as premature. It is further

**ORDERED** that the plaintiffs' deadline to file for class certification under Local Rule 23.1(b) is **EXTENDED**, and the plaintiffs shall refile their motion for class certification within 90 days of the Court's resolution of the plaintiffs' motion for summary judgment and the defendants' anticipated motion to dismiss.

**SO ORDERED** this 26th day of June, 2025.

REGGIE B. WALTON  
United States District Judge

---

[1] In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date. However, if upon review of the parties' submissions, the Court concludes that it can resolve the motions in an oral ruling, it will notify the parties and then schedule a hearing on those motions.