IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE 1, DOE 2, and DOE, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>*Defendants*. | Case No. 25-cv-1124 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, in contemplation of the following, respectfully stipulate to dismiss this action with prejudice, with each side to bear its own costs and attorneys' fees:

1. Defendant Equal Employment Opportunity Commission ("EEOC") has stated[1] that responding to the requests for information in its March 17, 2025 letters to twenty law firms (the "March 17 letters")[2] was voluntary, that compliance was not mandatory, and that most law firms did not provide any of the requested information.

---

[1] References to what EEOC has previously "stated" in this stipulation are to statements made in the Declaration of Mary Katherine Littlejohn dated July 30, 2025 (ECF No. 37-3), in her capacity as Chief Counsel to the Chair.

[2] The twenty law firms that received the March 17 letters are: Perkins Coie LLP; Cooley LLP; Reed Smith LLP; A&O Shearman; Debevoise & Plimpton LLP; Freshfields Bruckhaus Deringer LLP; Goodwin Procter LLP; Hogan Lovells LLP; Kirkland & Ellis LLP; Latham & Watkins LLP; McDermott Will & Emery; Milbank LLP; Morgan Lewis and Bockius LLP; Morrison and Foerster LLP; Ropes and Gray; Sidley and Austin, LLP; Simpson, Thacher and

2. EEOC has stated that, to the extent that any of the information requested in the March 17 letters was provided to EEOC by any of the law firms in response to those letters, such information did not include names, email addresses, phone numbers, or other personally identifying information of any law firm employee or applicant.

3. EEOC has stated that it has not received any communications from any of the law firms indicating that they intend to submit any further response to the March 17 letters, and EEOC does not anticipate receiving additional information from the law firms in response to the March 17 letters. EEOC has further stated that it considers the time for the law firms to respond to the March 17 letters to have expired and considers the matter of responding to those letters closed.

4. EEOC states that the recitals above from the Littlejohn Declaration (*see supra* note 1) remain unchanged as of the date of this stipulation.

Dated: February 9, 2026                                                                      Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Jeremy S. Simon*                                   /s/ *Jennifer Fountain Connolly*
Jeremy S. Simon (D.C. Bar No. 447956)        Jennifer Fountain Connolly (DC Bar No. 1019148)
Assistant United States Attorney                   Sarah Goetz (DC Bar No. 1645309)
601 D Street, NW                                              Audrey Wiggins (DC Bar No. 482877)*
Washington, DC 20530                                    Orlando Economos (DC Bar No. 90013791)
(202) 252-2528                                                   Sunu P. Chandy (DC Bar No. 1026045)
                                                                           Skye Perryman (DC Bar No. 984573)
                                                                           DEMOCRACY FORWARD FOUNDATION
*Counsel for the United States of America*      P.O. Box 34553
                                                                           Washington, DC 20043
                                                                           (202) 448-9090
                                                                           jconnolly@democracyforward.org
                                                                           sgoetz@democracyforward.org

---

Bartlett LLP; Skadden, Arps, Slate, Meagher & Flom; White and Case LLP; and Wilmer Hale (hereinafter, the "law firms").

awiggins@democracyforward.org
oeconomos@democracyforward.org
schandy@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

*\* admitted pro hac vice*